## State of Connecticut *v.* James McClinden
### (9658)

Dupont, C. J., Daly and O'Connell, Js.
Argued October 4—decision released October 29, 1991

*Donald D. Dakers,* public defender, for the appellant (defendant).

*Leon F. Dalbec, Jr.,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *Robert J. O'Brien,* supervisory assistant state's attorney, for the appellee (state).

Per Curiam. The judgment is affirmed.

## Peter Rosow *v.* Rus Hil Landscape Contracting, Inc.
### (10063)

Daly, Norcott and Landau, Js.
Argued October 30—decision released November 19, 1991

*William R. Kinloch,* for the appellant (plaintiff).
*Cynthia A. Blair,* for the appellee (defendant).

Per Curiam. The judgment is affirmed.